This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Hannelore Boorn v. Caesars Enterprise Services, LLC, Caesars Riverboat Casino, LLC

| | |
|---|---|
| Case Number | 31C01-2011-CT-000046 |
| Court | Harrison Circuit Court |
| Type | CT - Civil Tort |
| Filed | 11/17/2020 |
| Status | 11/17/2020 , Pending  (active) |

## Parties to the Case

**Defendant**   Caesars Enterprise Services, LLC

<u>Address</u>
Corporation Service Company
135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

**Defendant**   Caesars Riverboat Casino, LLC

<u>Address</u>
Corporation Service Company
135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

**Plaintiff**   Boorn, Hannelore

<u>Attorney</u>
Kenneth Charles Pierce
*#2371010, Retained*

416 Meigs Avenue
Jeffersonville, IN 47130
812-283-8577(W)

## Chronological Case Summary

| 11/17/2020 | **Case Opened as a New Filing** |
|---|---|

| 11/17/2020 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party:   Boorn, Hannelore |
| | File Stamp:   11/17/2020 |

| 11/17/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint |
| | Filed By:   Boorn, Hannelore |
| | File Stamp:   11/17/2020 |

| 11/17/2020 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Boorn, Hannelore |
| | File Stamp: | 11/17/2020 |
| 11/17/2020 | **Subpoena/Summons Filed** | |
| | Summons | |
| | Filed By: | Boorn, Hannelore |
| | File Stamp: | 11/17/2020 |
| 12/01/2020 | **Document Filed** | |
| | Counsel's Proof of Service and return receipt | |
| | Filed By: | Boorn, Hannelore |
| | File Stamp: | 11/30/2020 |
| 12/07/2020 | **Document Filed** | |
| | Counsel's Proof of Service and return receipt to Caesars Enterprise Services LLC | |
| | Filed By: | Boorn, Hannelore |
| | File Stamp: | 12/04/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Boorn, Hannelore

Plaintiff

Balance Due (as of 12/11/2020)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 11/17/2020 | Transaction Assessment | 157.00 |
| 11/17/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## IN THE CIRCUIT/SUPERIOR COURT FOR HARRISON COUNTY
## STATE OF INDIANA

**HANNELORE BOORN**

                                                              **Plaintiff**

vs.

**CAESARS ENTERPRISE SERVICES, LLC**

        Serve :        Corporation Service Company
                              135 North Pennsylvania Street
                              Suite 1610
                              Indianapolis, Indiana 46204

AND

**CAESARS RIVERBOAT CASINO, LLC**

        Serve :        Corporation Service Company
                              135 North Pennsylvania Street
                              Suite 1610
                              Indianapolis, Indiana 46204

                                                               **Defendants**

\* \* \* \* \*

## COMPLAINT

Comes the Plaintiff, Hannelore Boorn, by and through counsel, and for her cause of action against the Defendants states as follows:

**I.**

At all times material hereto, the Plaintiff was a resident of Lexington, Kentucky.

**II.**

At all times material hereto, the Defendant, Caesars Enterprise Services, LLC was a duly licensed corporation active and in good standing doing business as Caesars Southern

Indiana Hotel and Casino. The agent for service of process is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

### III.

At all times material hereto, the Defendant, Caesars Riverboat Casino, LLC was a duly licensed corporation active and in good standing doing business as Caesars Southern Indiana Hotel and Casino. The agent for service of process is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

### IV.

On or about January 1, 2020 the Plaintiff was a business invitee at the premises owned, operated and maintained by the Defendants, by and through their agents and/or employees. On said date, the Defendants, by and through their agents and/or employees, negligently failed to provide safe premises for the Plaintiff.

### V.

As a direct and proximate result of the negligence of the Defendants, by and through their agents and/or employees, the Plaintiff sustained permanent personal injuries, she has incurred medical expense and will incur such expense in the future, she has lost income, her capacity to earn money has been permanently impaired and she has and will in the future endure pain and suffering, both physical and mental.

**WHEREFORE**, the Plaintiff demands judgment against the Defendants in an amount sufficient to establish the jurisdiction of this Court, for her costs herein expended, and for any and all other just and proper relief to which Plaintiff may appear entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

*/s/ Kenneth C. Pierce, II*
Kenneth C. Pierce, II
INDIANA BAR #23710-10
416 Meigs Avenue
Jeffersonville, Indiana 47130
(812) 283-8577

Jeffrey T. Sampson
INDIANA BAR #499-95-TA
THE SAMPSON LAW FIRM
1154 South Third Street
Louisville, Kentucky 40203
(502) 584-5050

COUNSEL FOR PLAINTIFF

31C01-2011-CT-000046

Harrison Circuit Court

Filed: 11/17/2020 1:08 PM
Harrison County Clerk
Harrison County, Indiana

IN THE CIRCUIT/SUPERIOR COURT FOR HARRISON COUNTY
STATE OF INDIANA

HANNELORE BOORN                                      Case No. _____

      Plaintiff

vs.

CAESARS ENTERPRISE SERVICES, LLC
AND
CAESARS RIVERBOAT CASINO, LLC

      Defendants

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**     Initiating

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Hannelore Boorn

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Kenneth C. Pierce, II | Attorney Number: | #23710-10 |
| Address: | 416 Meigs Avenue | Phone: | (812)283-8577 |
| | Jeffersonville, IN 47130 | E-mail: | jeff@slftrial.com |

3. There are other party members:     No

4. If first party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):     Not applicable

5. I will accept service by FAX at the above noted number:     No

6. This case involves support issues:     No

7. There are related cases:     No

8. This form has been served on all parties. Certificate of Service is attached:     Yes

                                                                      /s/ *Kenneth C. Pierce, II*
                                                                     Kenneth C. Pierce, II

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, this 13th day of November, 2020, addressed to:

Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, Indiana 46204

*/s/ Kenneth C. Pierce, II*
Kenneth C. Pierce, II
INDIANA BAR #23710-10
416 Meigs Avenue
Jeffersonville, Indiana 47130
(812) 283-8577

Jeffrey T. Sampson
INDIANA BAR #499-95-TA
THE SAMPSON LAW FIRM
1154 South Third Street
Louisville, Kentucky 40203
(502) 584-5050

COUNSEL FOR PLAINTIFF

IN THE CIRCUIT COURT FOR HARRISON COUNTY
STATE OF INDIANA

| | |
|---|---|
| HANNELORE BOORN | ) |
| | ) **CAUSE NO. 31C01-2011-CT-000046** |
| PLAINTIFF, | ) *Electronically Filed* |
| | ) |
| VS. | ) |
| | ) |
| CAESARS ENTERPRISE SERVICES, LLC and | ) |
| CAESARS RIVERBOAT CASINO, LLC | ) |
| | ) |
| DEFENDANTS | ) |

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is:

    Initiating _____    Responding __X__    Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party: Caesars Riverboat Casino, LLC and Caesars Enterprise Services, LLC

    Address of party: 11999 Casino Center Drive Elizabeth, IN 47117

    Telephone number of party: 1-866-676-7463

2. The attorneys response for the representation of the above identified initiating party is:

| | |
|---|---|
| Name: Douglas P. Dawson | Attorney No. 29645-22 |
| Address: Walters Richardson, PLLC | Telephone No.: 502-785-9090 |
| 920 Lily Creek Rd., Ste. 102 | Fax No.: 502-742-0326 |
| Louisville, KY 40243 | Email: Doug@WaltersRichardson.com |

3. Undersigned certifies that the contact information listed on the Indiana Supreme Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is filed.

4. Undersigned acknowledges that all orders, opinions, notices and all documents served under Trial Rule 86(G) will be sent to the attorney at the email address(es) on the Indiana Roll of Attorneys regardless of other contact information supplied by the attorney; and

5. Undersigned acknowledges that it is their sole responsibility for keeping their contact information with the Indiana Roll of Attorneys accurate per Ind. Admis. Disc. R. 2(A).

                                              Respectfully submitted,

                                              WALTERS RICHARDSON, PLLC

                                              */s/ Douglas P. Dawson*

                                              Douglas P. Dawson   (Bar #: 29645-22)
                                              920 Lily Creek Road, Suite 102
                                              Louisville, Kentucky 40243
                                              Telephone:   (502) 785-9090
                                              Facsimile:    (502) 742-0326
                                              Email:           Doug@WaltersRichardson.com
                                              COUNSEL FOR DEFENDANTS,
                                              CAESARS ENTERPRISE SERVICES, LLC AND
                                              CAESARS RIVERBOAT CASINO, LLC

# **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been served on the following on the 11th day of December, 2020 via the Indiana E-Filing System:

Kenneth C. Pierce, II
416 Meigs Avenue
Jeffersonville, IN 47130
*Counsel for Plaintiff*

Jeffrey T. Sampson
The Sampson Law Firm
1154 South Third Street
Louisville, KY 40203
*Co-Counsel for Plaintiff*

*/s/ Douglas P. Dawson*

COUNSEL FOR DEFENDANTS,
CAESARS ENTERPRISE SERVICES, LLC AND
CAESARS RIVERBOAT CASINO, LLC

7575.006902C:\NRPortbl\Golden_and_Walters\MAEVE\1380748_1.docx

IN THE CIRCUIT COURT FOR HARRISON COUNTY
STATE OF INDIANA

| | |
|---|---|
| HANNELORE BOORN ) PLAINTIFF, ) VS. ) CAESARS ENTERPRISE SERVICES, LLC and CAESARS RIVERBOAT CASINO, LLC ) DEFENDANTS | **CAUSE NO. 31C01-2011-CT-000046** *Electronically Filed* |

(Formatted plainly:)

HANNELORE BOORN )
 ) **CAUSE NO. 31C01-2011-CT-000046**
 PLAINTIFF, ) *Electronically Filed*
 )
VS. )
 )
CAESARS ENTERPRISE SERVICES, LLC and )
CAESARS RIVERBOAT CASINO, LLC )
 )
 DEFENDANTS )

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that, pursuant to 28 U.S.C. § 1446(d), Defendants, Caesars Riverboat Casino, LLC and Caesars Enterprise Services, LLC, have on this 11th day of December 2020 removed this action by filing a Notice of Removal in the United States District Court for the Southern District of Indiana, New Albany Division, together with a complete copy of all process, pleadings, and orders served upon these Defendants in the state court action as of the date of the filing of the removal. A complete, true, and correct copy of such Notice of Removal, without exhibits, is attached hereto as Exhibit A.

 Respectfully submitted,

 WALTERS RICHARDSON, PLLC

 */s/ Douglas P. Dawson*

 Douglas P. Dawson (Bar #: 29645-22)
 920 Lily Creek Road, Suite 102
 Louisville, Kentucky 40243
 Telephone: (502) 785-9090
 Facsimile: (502) 742-0326
 Email: Doug@WaltersRichardson.com
 COUNSEL FOR DEFENDANTS,
 CAESARS ENTERPRISE SERVICES, LLC AND
 CAESARS RIVERBOAT CASINO, LLC

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on the following on the 11th day of December, 2020 via the Indiana E-Filing System:

Kenneth C. Pierce, II  
416 Meigs Avenue  
Jeffersonville, IN 47130  
*Counsel for Plaintiff*

Jeffrey T. Sampson  
The Sampson Law Firm  
1154 South Third Street  
Louisville, KY 40203  
*Co-Counsel for Plaintiff*

*/s/ Douglas P. Dawson*

COUNSEL FOR DEFENDANTS,  
CAESARS ENTERPRISE SERVICES, LLC AND  
CAESARS RIVERBOAT CASINO, LLC

7575.006902C:\NRPortbl\Golden_and_Walters\MAEVE\1380750_1.docx